*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 10/15/2018

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BK Case No. 18-03173-MH1-13 |
| PAMELA DAWN SEXTON, | ) | Chapter 13 |
| 773 Powell Chapel Road, | ) | Judge Harrison |
| Pulaski, TN 38478 | ) | |
| SSN: xxx-xx-4618 | ) | |
| | ) | |

**AGREED ORDER DENYING TRUSTEE'S NOTICE OF MOTION TO DISALLOW CLAIM OF U.S. BANK TRUST, NA, AS TRUSTEE (PAYEE SN SERVICING CORPORATION) (COURT CLAIM 9) AND REQUEST FOR RELIEF UNDER RULE 3001(C)(2)(D)**

This matter was set to be heard before the Court on October 12, 2018 on the Chapter-13 Trustee's Motion to Disallow in Part the Claim of U.S. Bank Trust, as Trustee (Payee SN Servicing Corporation), Court's Claim #9, and, as evidenced by signatures of respective counsel below, the parties agree to the entry of the following order:

IT IS HEREBY ORDERED that the Trustee's Motion is denied, that Court's Claim #9 is allowed in full, as amended, and, U.S. Bank Trust, as Trustee (Payee SN

Servicing Corporation) waives any attorneys' fees and costs associated with the Trustee's Motion.

IT IS SO ORDERED.

**This order was signed and entered electronically as indicated at the top of the first page.**

Approved for entry:

*/s/Edward D. Russell*
Edward D. Russell
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2018.10.11 08:33:47 -05'00'

Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
http://www.ch13nsh.com
pleadings@ch13nsh.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October 2018, a true and correct copy of the foregoing was served by regular mail upon to be sent electronically through the Court's CM/ECF system to all parties consenting to such service and by U.S. Mail, postage pre-paid, to Pamela Dawn Sexton, 773 Powell Chapel Road, Pulaski, TN 38478.

By: */s/Edward D. Russell*
Edward D. Russell

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.